UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD R. LEGETTE-BEY, | ) | CASE NO.1:06CV1704 |
| Petitioner, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) ) ) | |
| UNITED STATES OF AMERICA | ) | ORDER |
| Respondent | ) ) | |

## CHRISTOPHER A. BOYKO, J:

This matter is before the Court on Petitioner's Motion for Discovery (ECF Dkt# 5) and Motion for Discovery (ECF Dkt# 7). For the following reasons, the Court grants, in part, and denies, in part, Petitioner's Motion.

Petitioner seeks discovery he needs to help prepare a brief he intends to submit with his §2255 petition. Furthermore, he alleges his appellate counsel never provided him the requested materials.

"Habeas petitioners have no right to automatic discovery. A district court has discretion to grant discovery in a habeas case upon a fact specific showing of good cause under Rule 6." *Stanford v. Parker*, 266 F.3d 442, 460 (6th Cir. 2001). "The burden of demonstrating the

materiality of information requested is on the moving party." *Id.* However, pursuant to 28 U.S.C. §2250 and 28 U.S.C. §753(f), having determined Petitioner may proceed *in forma pauperis*, the Court Orders the clerk of courts to provide Petitioner copies of his criminal trial transcript, sentencing hearing transcript and docket sheet in criminal case No. 1:02CR367 and 1:03CR 136 (consolidated for trial purposes). The Court denies Petitioner's additional discovery requests as Petitioner has failed to demonstrate sufficient facts supporting a particularized need for those materials.

IT IS SO ORDERED.

*Christopher A Boyko*
CHRISTOPHER A. BOYKO
United States District Judge

**FILED**
DEC 15 2006
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND