FILED

APR 2 1 2008

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD R. LEGGETTE-BEY | ) | CASE NO.1:06CV1704 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | JUDGMENT ENTRY |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

This Court, having DENIED Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255, enters judgment in favor of Respondent and against Petitioner. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed.App.R. 22(b).

IT IS SO ORDERED.

4/21/08
Date

Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge